**DISMISSED and Opinion Filed June 15, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01119-CR**

**EX PARTE RICKEY HICKS**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX21-93115-T**

## MEMORANDUM OPINION

Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Myers

Before the Court is appellant's May 27, 2022 amended voluntary motion to

dismiss the appeal. The motion is signed by appellant and by counsel. *See* TEX. R.

APP. P. 42.2(a). We **GRANT** the motion and **DISMISS** the appeal. *See id*. 43.2(f).


/Lana Myers//
LANA MYERS
JUSTICE

2101119f.u05
Do Not Publish
TEX. R. APP. P. 47.2(b)



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

EX PARTE RICKEY HICKS

No. 05-21-01119-CR

On Appeal from the Criminal District Court No. 5, Dallas County, Texas
Trial Court Cause No. WX21-93115-T.
Opinion delivered by Justice Myers. Justices Carlyle and Goldstein participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 15th day of June, 2022.